# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>VINNY Q. LAM and MICHELLE S. LAM<br><br>Debtors | Case No. 5:21-bk-00731<br><br>Chapter 7 |
| VINNY Q. LAM and MICHELLE S. LAM<br><br>Plaintiffs<br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE<br><br>Defendant | Henry W. Van Eck, C.B.J.<br><br>Adv. Pro. No. 5:21-ap-00027 |

## ORDER

Upon consideration of the Motion for Default Judgment filed by the Plaintiffs, Doc. 23, and it appearing that the Defendant has not responded to the Complaint, and that the Clerk has entered default in this case, Doc. 22, and following a hearing held on October 3, 2023, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** in part and default judgment is entered against the Defendant as follows:

1. The Plaintiffs' state income taxes for the calendar years 2017 and prior are determined to be dischargeable, and therefore have been discharged by entry of the discharge Order in the above-captioned bankruptcy case at docket number 5:21-bk-731. Any lien resulting from said taxes shall therefore be of null effect. A copy of the discharge Order may be filed with the appropriate authorities in Lackawanna County Pennsylvania to confirm same.
2. The Court will decline to issue further injunctive relief, noting that 11 U.S.C. § 524(a) already provides the relief requested in the Complaint.
3. The Clerk of Court is directed to close the above-captioned adversary case.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 4, 2023